

STATE OF NORTH DAKOTA
# OFFICE OF Attorney General
www.attorneygeneral.nd.gov
(701) 328-2210

Drew H. Wrigley
ATTORNEY GENERAL

CIVIL LITIGATION
NATURAL RESOURCES
AND INDIAN AFFAIRS
500 NORTH 9TH STREET
BISMARCK, ND 58501-4509
(701) 328-3640   FAX (701) 328-4300

May 3, 2023

Submitted via ECF

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse, Rm 24.329
111 S. 10th Street
St. Louis, MO 63102

Re: Poemoceah v. Morton County
Appeal No. 21-1207

Dear Mr. Gans:

Former Deputy Solicitor General James E. Nicolai, who served as attorney of record in the above captioned case for Thomas Iverson, has left employment with the North Dakota Office of Attorney General effective May 1, 2023. Therefore, we respectfully request Attorney Nicolai be removed as an attorney from the serve list in this matter.

Sincerely,

Courtney R. Titus
Deputy Solicitor General