

**Marianne Dugan, Senior Civil Attorney Director**
1711 Willamette St. Suite 301 #359, Eugene, OR 97401
Phone: 541-687-9180
mdugan@cldc.org  https://cldc.org

November 10, 2023

Submitted via ECF

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse, Rm 24.329
111 S. 10th Street
St. Louis, MO 63102

Re:   Poemoceah v. Morton County
      Appeal No. 21-1207

Dear Mr. Gans:

I am writing to inquire as to when we can expect oral argument to be scheduled in the above-referenced appeal. The reply brief was submitted almost 2 1/2 years ago, in June 2021, and the appeal was docketed nearly three years ago, in January 2021. I have noticed many cases that were docketed and fully submitted much more recently than ours have had oral argument. When I called the clerk quite a while ago they assured me that the case was screened for argument. I see in the Internal Operating Procedures that such cases are supposed to be scheduled for argument "on the earliest available calendar."

Any information you can provide would be appreciated.

                                        Sincerely,
                                          /s/ Marianne Dugan
                                        Marianne Dugan
                                        Of attorneys for Appellant

Cc:   counsel of record, via CM/ECF