United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Michael E. Gans
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 28, 2023

Ms. Marianne Dugan
Senior Civil Attorney Director
1711 Willamette Street
Suite 301 #359
Eugene, Oregon 97401

Re: No. 21-1207  Eric Wayne Poemoceah v. Morton County, et al.

Dear Ms. Dugan:

Thank you for your letter of November 10, 2023. After receiving the letter we reviewed the file and found that the case had been overlooked for scheduling. I apologize for this oversight, and I thank you for bringing the matter to our attention.

After further analysis, the court has tentatively determined that the case will be submitted on the briefs and record without oral argument. A separate notice will be sent concerning your ability to object to this classification.

Again, I apologize of the oversight.

Sincerely,
Michael E. Gans
Clerk of Court

cc: Counsel of Record