

**Bakke
Grinolds
Wiederholt**

ATTORNEYS AT LAW

December 8, 2023

<u>*Via ECF*</u>

Michael E. Grans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

Re:    *Poemoceah v. Morton County*, No. 21-1207
       FRAP 28(j) Response Letter

Dear Mr. Gans,

Defendants-Appellees Morton County, Kyle Kirchmeier, Paul Laney
and Benjamin V. Swenson hereby respond to Plaintiff-appellant Eric
Wayne Poemoceah's Fed. R. App. P. 28(j) filing regarding *Nieters v.
Holtan*, 83 F.4th 1099 (8th Cir. 2023).

*Nieters* is factually distinguishable from the present case. The plaintiff
in *Nieters* was allegedly unaware of prior dispersal orders, was fully
compliant, was not violating any law, nor evading or resisting arrest.

In the present case, as explained in the district court's decision,
Poemoceah's pleadings and responsive briefing on the motion to
dismiss acknowledge law enforcement were present to evacuate
protesters from the encampment pursuant to evacuation orders, that
Poemoceah proceeded toward officers and then fled as officers
proceeded toward him, and Poemoceah was still fleeing when officers
tackled him from behind to apprehend him. (App. 35-36, ¶¶21-23.)
Unlike the allegations in *Nieters*, Poemoceah was defying evacuation
orders, actively resisting arrest and attempting to flee when he was
tackled.

Randall J. Bakke•^•□v
  rbakke@bgwattorneys.com
Shawn A. Grinolds•□
  sgrinolds@bgwattorneys.com
Bradley N. Wiederholt•□
  bwiederholt@bgwattorneys.com
Grant T. Bakke•×
  gbakke@bgwattorneys.com
David R. Phillips•
  dphillips@bgwattorneys.com

• Licensed in North Dakota
□ Licensed in Minnesota
^ Licensed in South Dakota
+ Board Certified Civil Trial
  Specialist by National Board
  of Trial Advocacy
□ Fellow-Litigation Counsel of America
v Board Certified Civil Practice
  Advocacy by National Board
  of Civil Pretrial Practice Advocacy
× MBA

Appellate Case: 21-1207    Page: 1    Date Filed: 12/08/2023 Entry ID: 5342799

Very truly yours,

 */s/ Shawn A. Grinolds*

Shawn A. Grinolds
*Counsel for Defendants-Appellees*
*Morton County, Kyle Kirchmeier,*
*Paul Laney and Benjamin V. Swenson*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. 28(j) the body of the foregoing letter does not exceed 350 words.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2023, I electronically submitted the foregoing to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system and that ECF will send a Notice of Electronic Filing (NEF) to all participants who are registered CM/ECF users.

*/s/Shawn A. Grinolds*
Shawn A. Grinolds
*Counsel for Defendants –Appellees Morton County,*
*Kyle Kirchmeier, Paul Laney, and Benjamin V. Swenson*