No: 21-1207

Eric Wayne Poemoceah

Appellant

v.

Morton County, North Dakota, et al.

Appellees

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:20-cv-00053-DMT)

___

**ORDER**

Appellant's motion for oral argument has been considered by the court and is granted.

The clerk is directed to set the case for argument on Wednesday, January 10, 2024, at 8:30 a.m.

before Judges Loken, Arnold, and Kelly in St. Louis, Missouri.

December 15, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

___

/s/ Michael E. Gans