# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Eric Poemoceah__ vs. __Morton County, et al.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __21-1207__ **for the following party(s): (please specify)**

> Defendant Thomas Iverson

[ ] Appellant(s)  [ ] Petitioner(s)  [✓] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Jane G. Sportiello__   s/: __Jane G. Sportiello__

Firm Name: __North Dakota Office of Attorney General__

Business Address: __500 N. 9th Street__

City/State/Zip: __Bismarck, ND 58501__

Telephone Number (Area Code): __(701) 328-3640__

Email Address: __jsportiello@nd.gov__

---

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on __12/19/23__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: