No. 21-1207

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Eric Wayne Poemoceah,

Plaintiff – Appellant,

v.

Morton County, North Dakota; Kyle Kirchmeier, in his individual capacity; Paul Laney, in his individual capacity; Thomas Iverson, in his individual capacity; Benjamin V. Swenson, in his individual capacity; and John Does 1-4 (law enforcement personnel, in their individual capacities),

Defendants - Appellees.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT - APPELLEE THOMAS IVERSON**

Pursuant to Fed. R. App. Proc. 42(b)(1), Plaintiff-Appellant Eric Wayne Poemoceah and Defendant-Appellee Thomas Iverson, by and through their undersigned attorneys, hereby stipulate and agree that all claims raised against Defendant-Appellee Iverson in this matter are dismissed in their entirety, with prejudice, and without costs (including but not limited to any statutory costs and attorneys' fees) to any party. The parties accordingly request a dismissal order consistent with this stipulation.

1

Dated this 3rd day of January, 2024.

    /s/ Marianne Dugan
Marianne Dugan, Attorney at Law
CIVIL LIBERTIES DEFENSE CENTER
1711 Willamette St. Ste 301 # 359
Eugene, Oregon  97401
(541) 687-9180
mdugan@cldc.org
    Of Attorneys for Plaintiff-Appellant


State of North Dakota
Drew H. Wrigley
Attorney General

 /s/ Jane G. Sportiello
Jane G. Sportiello
Assistant Attorney General
State Bar ID No. 08900
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
Telephone (701) 328-3640
Email jsportiello@nd.gov
    Attorneys for Defendant-Appellee
    Thomas Iverson