# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1207

Eric Wayne Poemoceah

Appellant

v.

Morton County, North Dakota, et al.

Appellees

___

Appeal from U.S. District Court for the District of North Dakota - Western
(1:20-cv-00053-DMT)

___

**ORDER**

Based on the parties' Joint Stipulation, all claims against Defendant-Appellee Thomas Iverson are dismissed with prejudice, and Iverson is dismissed as a party to this appeal.

The parties are directed to file a copy of this order with the district court.

January 05, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans