

**Bakke Grinolds Wiederholt**
ATTORNEYS AT LAW

January 9, 2024

<u>*Via ECF*</u>

Michael E. Grans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

Re: *Poemoceah v. Morton County*, No. 21-1207
Notice of Travel Difficulties

Dear Mr. Gans,

I represent Defendants-Appellees Morton County, Kyle Kirchmeier, Paul Laney and Benjamin V. Swenson in relation to the above-pending appeal. I am writing to advise the Court of issues I am encountering with travel to St. Louis for oral argument in this matter, scheduled for tomorrow morning at 8:30 a.m.

My flights through Minneapolis have been delayed and I have been rescheduled for the last available flight between Minneapolis and St. Louis (Delta 846) scheduled to arrive in St. Louis at 11:40 pm. In the event his flight is rescheduled, it is my understanding the next available flight to St. Louis would not arrive until around 10:30 am, assuming would be able to secure a ticket.

I intend to make every effort to appear in St. Louis for oral argument as scheduled. In the event my flight from Minneapolis is rescheduled, my office will file a motion first thing in the morning requesting leave to appear remotely (presumably from Minneapolis).

Randall J. Bakke*∆+◻v
  rbakke@bgwattorneys.com
Shawn A. Grinolds*◦
  sgrinolds@bgwattorneys.com
Bradley N. Wiederholt*◦
  bwiederholt@bgwattorneys.com
Grant T. Bakke*x
  gbakke@bgwattorneys.com
David R. Phillips*
  dphillips@bgwattorneys.com

* Licensed in North Dakota
◦ Licensed in Minnesota
∆ Licensed in South Dakota
+ Board Certified Civil Trial
  Specialist by National Board
  of Trial Advocacy
◻ Fellow-Litigation Counsel of America
v Board Certified Civil Practice
  Advocacy by National Board
  of Civil Pretrial Practice Advocacy
x MBA

Bakke Grinolds Wiederholt, Attorneys
P.O. Box 4247 · Bismarck, ND 58502-4247
300 West Century Ave · Bismarck, ND 58503
p 701.751.8188 · f 701.751.7172
www.bgwattorneys.com

Very truly yours,

*/s/ Shawn A. Grinolds*

Shawn A. Grinolds
*Counsel for Defendants-Appellees Morton County, Kyle Kirchmeier, Paul Laney and Benjamin V. Swenson*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically submitted the foregoing to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system and that ECF will send a Notice of Electronic Filing (NEF) to all participants who are registered CM/ECF users.

/s/Shawn A. Grinolds
Shawn A. Grinolds
*Counsel for Defendants –Appellees Morton County, Kyle Kirchmeier, Paul Laney, and Benjamin V. Swenson*